FILED

FEB 28 2008

CLERK, U.S. ... COURT
SOUTHERN D...
BY ...

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0564-BTM |
| Plaintiff, ) | |
| ) | I N F O R M A T I O N |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 1544 - |
| ARTURO JIMENEZ MAYEN ) | Misuse of a Passport (Felony) |
| aka Adrian Meza, ) | |
| ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about February 4, 2008, within the Southern District of California, defendant ARTURO JIMENEZ MAYEN, did willfully and knowingly use passport No. 435314527, issued under the authority of the United States, to Adrian Meza, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: Feb. 28, 2008

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf:San Diego
2/11/08