AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ARTURO JIMENEZ MAYEN<br>aka Adrian Meza | CASE NUMBER: 08CR0564-BTM |

I, ARTURO JIMENEZ MAYEN aka Adrian Meza, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1544 - Misuse of a Passport, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Feb 28, 08 ___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

_____
ARTURO JIMENEZ MAYEN
Defendant

_____
MARK ADAMS
Counsel for Defendant

Before _____
JUDICIAL OFFICER