1    KAREN P. HEWITT
      United States Attorney
2    DOUGLAS KEEHN
      Assistant United States Attorney
3    California State Bar No. 233686
      United States Attorney's Office
4    880 Front Street, Room 6293
      San Diego, California 92101-8893
5    Telephone: (619) 557-6549
      Facsimile: (619) 557-5551
6    Email: douglas.keehn@usdoj.gov

7    Attorneys for Plaintiff
      United States of America

8

9

10

11

12

            UNITED STATES DISTRICT COURT

           SOUTHERN DISTRICT OF CALIFORNIA

13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR0564-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| ARTURO JIMENEZ MAYEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

18

19    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20       I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

21    above-captioned case. I certify that I am admitted to practice in this court or authorized to practice

22    under CivLR 83.3.c.3-4.

23       The following government attorneys (who are admitted to practice in this court or authorized

24    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

25    counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

26    activity in this case:

27       <u>Name</u>

28       None

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2     <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3     "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4     association):

5     <u>Name</u>

6     None

7

8     Please call me at the above-listed number if you have any questions about this notice.

9     DATED: March 10, 2008.

                                              Respectfully submitted,
10
                                              KAREN P. HEWITT
11                                            United States Attorney

12                                            /s/ *Douglas Keehn*

13                                            DOUGLAS KEEHN
                                              Assistant United States Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

      Notice of Appearance
28    United States v. Mayen                 2                    07CR0564-BTM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,⠀⠀⠀⠀⠀)⠀⠀⠀Case No. 07CR0564-BTM
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀**CERTIFICATE OF SERVICE**
ARTURO JIMENEZ MAYEN,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Defendant.⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

IT IS HEREBY CERTIFIED THAT:

⠀⠀⠀⠀I, Douglas Keehn, am a citizen of the United States and am at least eighteen years of age.  My

business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

⠀⠀⠀⠀I am not a party to the above-entitled action.  I have caused service of the Notice of

Appearance as lead counsel for the United States, dated March 10, 2008, and this Certificate of

Service, dated March 10, 2008, on the following parties by electronically filing the foregoing with

the Clerk of the District Court using its ECF System, which electronically notifies them:

⠀⠀⠀⠀⠀⠀**Mark F. Adams**
⠀⠀⠀⠀⠀⠀Law Offices of Mark F Adams
⠀⠀⠀⠀⠀⠀964 Fifth Avenue
⠀⠀⠀⠀⠀⠀Suite 335
⠀⠀⠀⠀⠀⠀San Diego, CA 92101
⠀⠀⠀⠀⠀⠀(619)239-4344
⠀⠀⠀⠀⠀⠀(619)544-1429 (fax)
⠀⠀⠀⠀⠀⠀*Lead Attorney for Defendant*

⠀⠀⠀⠀I declare under penalty of perjury that the foregoing is true and correct.

⠀⠀⠀⠀Executed on March 10, 2008.

⠀⠀⠀⠀⠀⠀/s/ **Douglas Keehn**

⠀⠀⠀⠀⠀⠀DOUGLAS KEEHN
⠀⠀⠀⠀⠀⠀Assistant United States Attorney

Notice of Appearance
United States v. Mayen⠀⠀⠀⠀⠀⠀⠀⠀3⠀⠀⠀⠀⠀⠀⠀⠀07CR0564-BTM